

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00283-CR

## IN RE WILLIAM ARTHUR MCINTOSH

## Original Proceeding

## MEMORANDUM OPINION

Relator, William Arthur McIntosh, filed a petition for writ of mandamus requesting this Court to order the trial court to rule on a motion pending in the trial court for approximately seven months. The trial court has now ruled on relator's motion. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition dismissed as moot
Opinion delivered and filed October 8, 2015
Do not publish
[OT06]

